NEWTON v. NEW HANOVER COUNTY BD. OF EDUCATION

No. 280A94

Case below: 114 N.C.App. 719

Petition by defendant for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals allowed 5 October 1994.

PATTERSON v. PIERCE

No. 353P94

Case below: 115 N.C.App. 142

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 5 October 1994.

PEAL v. SMITH

No. 398PA94

Case below: 115 N.C.App. 225

Petition by defendants (Cianbro Corporation and Williams Brothers Construction) for discretionary review pursuant to G.S. 7A-31 allowed 5 October 1994.

SHIELDS v. EVANS

No. 358P94

Case below: 115 N.C.App. 398

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 October 1994.

SMITH v. CITY OF KANNAPOLIS

No. 400P94

Case below: 115 N.C.App. 565

Motion by plaintiffs to withdraw petition for writ of certiorari to review decision of the North Carolina Court of Appeals allowed 26 September 1994.